**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

DAILEN BREWER,                              )
                                            )
    Plaintiff,                          )
                                            )
  vs.                                   )
                                            ) Case No.: 1:26-cv-01508
                                            )
SERGEANT ROBYN FRAZIER and                  )
CITY OF INDIANAPOLIS,                       )
                                            )
    Defendants.                         )

**SUMMONS IN A CIVIL ACTION**

TO:   **SGT. ROBYN FRAZIER**
     c/o Indianapolis Metropolitan Police Department
     50 N. Alabama Street
     Indianapolis, IN 46204

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Terrance Kinnard*
*Kinnard Rowley Powers Jimenez t*
*Chamber of Commerce Building*
*320 N. Meridian Street, Ste. 1006*
*Indianapolis, IN 46204*
*Telephone: (317) 855-6282 – Email:tkinnard@krpjlaw.com*

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                             _____
                             *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAILEN BREWER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) Case No.: 1:26-cv-01508 |
| | ) |
| SERGEANT ROBYN FRAZIER and | ) |
| CITY OF INDIANAPOLIS, | ) |
| | ) |
|     Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

TO:    **Mayor Joseph Hogsett**
       City of Indianapolis
       200 E. Washington Street Ste 2501
       Indianapolis, IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Terrance Kinnard*
*Kinnard Rowley Powers Jimenez t*
*Chamber of Commerce Building*
*320 N. Meridian Street, Ste. 1006*
*Indianapolis, IN 46204*
*Telephone: (317) 855-6282 – Email:tkinnard@krpjlaw.com*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAILEN BREWER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | ) |
| | ) Case No.: 1:26-cv-01508 |
| | ) |
| SERGEANT ROBYN FRAZIER and | ) |
| CITY OF INDIANAPOLIS, | ) |
| | ) |
|    Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

TO:    City of Indianapolis
c/o Corporation Counsel
200 E. Washington Street Ste 1601
Indianapolis, IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Terrance Kinnard*
*Kinnard Rowley Powers Jimenez t*
*Chamber of Commerce Building*
*320 N. Meridian Street, Ste. 1006*
*Indianapolis, IN 46204*
*Telephone: (317) 855-6282 – Email:tkinnard@krpjlaw.com*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____               _____

                                                       *Signature of Clerk or Deputy Clerk*